**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

The State, Respondent,

v.

Danny Ryant, Petitioner.

Appellate Case No. 2013-000400

---

**ON WRIT OF CERTIORARI TO THE COURT OF APPEALS**

---

Appeal From Orangeburg County
Edgar W. Dickson, Circuit Court Judge

---

Memorandum Opinion No. 2015-MO-004
Heard January 13, 2015 – Filed January 28, 2015

---

**CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED**

---

Appellate Defender Kathrine Haggard Hudgins, of Columbia, for Petitioner.

Attorney General Alan McCrory Wilson, Chief Deputy Attorney General John W. McIntosh, Senior Assistant Attorney General Donald J. Zelenka , Senior Assistant Deputy Attorney General Melody Jane Brown, all of

Columbia, and Solicitor David Michael Pascoe, Jr., of Orangeburg, for Respondent.

---

**PER CURIAM:** We granted certiorari to review the court of appeals' opinion in *State v. Ryant*, Op. No. 2012-UP-647 (S.C. Ct. App. filed Dec. 5, 2012). We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.**